IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**DARRELL LYNN BANKSTON, #R1725**                                 **PLAINTIFF**

**VERSUS**                    **CIVIL ACTION NO. 5:09-cv-31-DCB-MTP**

**RICKY JACKSON, LAWRENCE WALTON,**
**GABRIEL WALKER and LEON PERRY, JR.**                        **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order Denying *In Forma Pauperis* Status and Dismissing Case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   30th   day of March, 2009.

                                                     s/ David Bramlette
                                            UNITED STATES DISTRICT JUDGE